UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JEFFREY HOUGHTALING,

                     Plaintiff,                     **NOTICE OF MOTION**

       -vs-                                     **20-CV-6168**

DOWNES, et al.,

                     Defendants.

---

**PLEASE TAKE NOTICE** that upon the pleadings in this action, all prior proceedings, the Attorney's Declaration, and the accompanying Memorandum of Law, the remaining defendants, Downes and Pestillo (collectively herein, "Defendants"), move this Court, pursuant to Fed. R. Civ. P. 16(f), 37(b)(2), (c), and 41(b), for an Order dismissing this action and ordering Plaintiff to pay Defendants' attorney's fees, as well as such other and further relief as this Court may deem just and proper.

This Motion is submitted on the papers. No oral argument is requested. Defendants reserve the right to file reply papers.

Dated:  July 11, 2023                         LETITIA JAMES
          Rochester, New York             Attorney General of the State of New York
                                                        Attorney for Defendants

                                                        *s/ Heather L. McKay*
                                                        HEATHER L. MCKAY
                                                        Assistant Attorney General of Counsel
                                                         NYS Office of the Attorney General
                                                         144 Exchange Boulevard, Suite 200
                                                         Rochester, New York 14614
                                                         Telephone: (585) 546-7430
                                                         heather.mckay@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on July 11, 2023, I electronically filed the foregoing Notice of Motion with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. n/a

And, I hereby certify that I have mailed, by the United States Postal Service, a copy of the document to the following non-CM/ECF participant(s):

1. Jeffrey Houghtaling
   284 Valley Road
   Rochester, NY 14618

LETITIA JAMES
Attorney General of the State of New York
Attorney for Defendants

 s/ Heather L. McKay
HEATHER L. MCKAY
Assistant Attorney General of Counsel
NYS Office of the Attorney General
144 Exchange Boulevard, Suite 200
Rochester, New York 14614
Telephone:  (585) 546-7430
heather.mckay@ag.ny.gov