Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

Jeffrey Blane Houghtaling
    Plaintiff

v.

Downes, et al.
    Defendants

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 20-CV-6168

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Defendants' motion to dismiss is granted, and Defendants' request for attorney's fees is granted in the amount of $1950.00.  Judgment is entered in favor of the Defendants.

Date: November 7, 2023

MARY C. LOEWENGUTH
CLERK OF COURT

By: Dawn K
    Deputy Clerk